JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASETI SHRIDHAR, an individual, MANJUSHA PRAKASH KULKARNI, an individual, SONAL PRAKASH KULKARNI, an individual, PREETI PRAKASH KULKARNI, an individual,<br><br>Plaintiffs,<br>v.<br><br>VANTAGE TRAVEL SERVICE, INC., a Massachusetts corporation dba VANTAGE DELUXE WORLD TRAVEL; FINCA PIEDRA, an unknown entity; and DOES 1 through 100,<br><br>Defendants. | Case No. CV 14-09793 BRO (PJWx)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Granting Defendant VANTAGE TRAVEL SERVICE, INC.'s Motion for Summary Judgment in its entirety filed on January 7, 2016 [ECF # 113],

///

///

///

///

///

1

The Court HEREBY ENTERS judgment in favor of Defendant VANTAGE TRAVEL SERVICE, INC. and against Plaintiffs BASETI SHRIDHAR, MAJUSHA PRAKASH KULKARNI, SONAL PRAKASH KULKARNI, and PREETI PRAKASH KULKARNI arising from plaintiffs' First Amended Complaint. The case is dismissed, with prejudice.

**IT IS HEREBY ORDERED**

Dated: <u>January 12, 2016</u>

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

2

JUDGMENT

CV 14-09793 BRO
(PJWx)